**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7131**

_____

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　v.

ROBERT MICHAEL FALL,

　　　　　　　Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:17-cr-00012-JKW-DEM-1)

_____

Submitted:  February 19, 2026　　　　　　　　　Decided:  February 23, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Michael Fall, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Michael Fall appeals the district court's order granting in part and denying in part his Motion for Review of Special Conditions of Supervision.[*]  We have reviewed the record and find that the district court did not abuse its discretion.  *See United States v. Castellano*, 60 F.4th 217, 224 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Fall*, No. 2:17-cr-00012-JKW-DEM-1 (E.D. Va. Nov. 21, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Fall has also filed a motion for appointment of counsel, as well as a motion to seal medical records submitted in support of the motion for counsel.  We grant the motion to seal but deny the motion for appointment of counsel.